Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Benjamin Schumin*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BENJAMIN SCHUMIN, | CASE NO.: 2:26-cv-01016 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| COLLEGESOLVED, LLC, | **(INJUNCTIVE RELIEF DEMANDED)** |
| Defendant. | |

Plaintiff BENJAMIN SCHUMIN by and through his undersigned counsel, brings this Complaint against Defendant COLLEGESOLVED, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.      Plaintiff BENJAMIN SCHUMIN ("Schumin") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Schumin's original copyrighted Work of authorship after removal of his copyright management information ("CMI").

2.      Schumin is an experienced photographer that focuses his craft on everyday human life including architecture, nature, cities, events, urban exploration, and political activism.

1

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**SRIPLAW**

3.      Defendant COLLEGESOLVED, LLC ("CollegeSolved") is a U.S.-based education services company that provides academic counseling and college-preparation support, particularly for international students seeking admission to American universities. Founded in 2009, CollegeSolved focuses on connecting prospective students with admissions experts, resources, and personalized guidance to navigate the college search and application process. Through its University Bridge program, the company offers educational counseling and preparatory services designed to help students plan, prepare, and transition successfully into U.S. higher education. This includes guidance on admissions, academic readiness, and student life, as well as programs such as English-language training, test preparation, and foundational coursework to support long-term academic success. At all times relevant herein, CollegeSolved owned and operated the internet website located at the URL http://www.ubridge.org (the "Website").

4.      Schumin alleges that Defendant copied Schumin's copyrighted Work from the internet in order to advertise, market and promote its business activities.  CollegeSolved committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the CollegeSolved's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in California.

8.      CollegeSolved operates in numerous locations across the country, with four locations shown on the Website in California. Attached hereto as **Exhibit 4** is a true and correct screenshot of the locations on the Website.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CollegeSolved engaged in infringement in this district, CollegeSolved resides in this district, and CollegeSolved is subject to personal jurisdiction in this district.

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                              CASE NO.: 2:26-cv-01016

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**DEFENDANT**

10. CollegeSolved, LLC is a Delaware Limited Liability Company, licensed with the state of California, with its principal place of business at 220 Douglas Avenue, Charlottesville, Virginia, 22902-5749, and can be served by serving its Registered Agent, Capitol Corporate Services, Inc., 455 Capitol Mall Complex, Suite 217, Sacramento, California, 95814.

**THE COPYRIGHTED WORK AT ISSUE**

11. In 2007, Schumin created the photograph entitled "University of Virginia Rotunda," which is shown below and referred to herein as the "Work".



12. Schumin registered the Work with the Register of Copyrights on September 17, 2021, and was assigned registration number VA 2-270-981. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. Schumin makes his work available his website, www.benschumin.com, and a Creative Commons 2.0 License.

14. Schumin published the Work on or about April 21, 2007, by displaying it on his website at the internet URL https://farm66.staticflickr.com/65535/50259496712_40d2bebde5_b.jpg. Attached hereto as **Exhibit 2** is a true and correct screenshot of the Work on Schumin's website.

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                   CASE NO.: 2:26-cv-01016

15. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

16. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

17. Schumin's display of the Work on his website also included CMI next to the Work in the form of Schumin's name, the year when the Work was first created, and the link to the licensing terms.

18. Schumin's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

19. At all relevant times Schumin was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY COLLEGESOLVED**

20. CollegeSolved has never been licensed to use the Work for any purpose.

21. On a date after the Work was created, but prior to the filing of this action, CollegeSolved copied the Work.

22. On or about May 3, 2024, Schumin discovered the unauthorized use of his Work on the Website in two locations:

    a. https://www.ubridge.org/college/piedmont-virginia-cc/; and

    b. https://www.ubridge.org/universities/.

23. CollegeSolved copied Schumin's copyrighted Work without Schumin's permission.

24. After CollegeSolved copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its college concierge service business.

---

[1] https://creativecommons.org/licenses/by/2.0/

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT        CASE NO.: 2:26-cv-01016

25.    CollegeSolved copied and distributed Schumin's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

26.    CollegeSolved committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

27.    Schumin never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

28.    Schumin notified CollegeSolved of the allegations set forth herein on October 22, 2025 and November 20, 2025. To date, the Parties have failed to resolve this matter.

29.    When CollegeSolved copied and displayed the Work at issue in this case, CollegeSolved failed to provide attribution as required by the CC 2.0 license.

30.    Defendant's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

31.    Schumin never gave CollegeSolved permission or authority to remove CMI from the Work at issue in this case.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

32.    Schumin incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33.    Schumin owns a valid copyright in the Work.

34.    Schumin registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

35.    CollegeSolved copied, displayed, and distributed the Work and made derivatives of the Work without Schumin's authorization in violation of 17 U.S.C. § 501.

36.    CollegeSolved performed the acts alleged in the course and scope of its business activities.

37.    Defendant's acts were willful.

38.    Schumin has been damaged.

5

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

39. The harm caused to Schumin has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

40. Schumin incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

41. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

42. CollegeSolved has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

43. Despite having the ability to stop the infringed Work from being displayed on its Website, CollegeSolved allowed the materials to remain up for display.

44. To the extent that the actions described above were performed by the third-party alone, CollegeSolved is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Schumin's authorization in violation of 17 U.S.C. § 501.

45. Schumin has been damaged.

46. The harm caused to Schumin has been irreparable.

## COUNT III
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

47. Schumin incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

48. The Work at issue in this case requires attribution and contains CMI.

49. CollegeSolved knowingly and with the intent to enable or facilitate copyright infringement, displayed the Work on CollegeSolved's Website, without any of the attributions in violation of 17 U.S.C. § 1202(b).

50. CollegeSolved distributed the Work to the Website knowing that the CMI has been removed or altered without the authority of the copyright owner or the law.

51. CollegeSolved committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Schumin's rights in the Work.

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    CASE NO.: 2:26-cv-01016

52.   CollegeSolved caused, directed and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Schumin's rights in the Work.

53.   Schumin has been damaged.

54.   The harm caused to Schumin has been irreparable.

WHEREFORE, the Plaintiff BENJAMIN SCHUMIN prays for judgment against the Defendant COLLEGESOLVED, LLC that:

a.   CollegeSolved and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b.   CollegeSolved be required to pay Schumin his actual damages and Defendant's profits attributable to the infringement, or, at Schumin's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c.   Schumin be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.   Schumin be awarded pre- and post-judgment interest; and

e.   Schumin be awarded such other and further relief as the Court deems just and proper.

### JURY DEMAND

Schumin hereby demands a trial by jury of all issues so triable.

DATED: June 12, 2026                    Respectfully submitted,


                                        */s/ Matthew L. Rollin*
                                        MATTHEW L. ROLLIN
                                        **SRIPLAW, P.A.**
                                        *Counsel for Plaintiff Benjamin Schumin*

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

7

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:26-cv-01016